**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Otis Glenn DAVIS, Defendant–
Appellant.**

**No. 07–13905
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 22, 2008.

Kimberly Nolen Hopkins, Tampa, FL, for Defendant–Appellant.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before TJOFLAT, BLACK and MARCUS, Circuit Judges.

PER CURIAM:

Kimberly Nolen Hopkins, counsel for Otis Davis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Davis's conviction and sentence are **AFFIRMED.**